**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

| | |
|---|---|
| Stanley M. Ferenc & | Chapter 13 |
| Dynah N. Duncan-White | Case No: 19-40109 |
| 2640 Raymond Drive | Judge Phillip J. Shefferly |
| Dearborn, MI 48124 | |

Debtor(s).

XXX-XX- 6692
XXX -XX- 1092
_____/

## **AFFIDAVIT OF DYNAH N. DUNCAN-WHITE**

STATE OF MICHIGAN    )
                     )ss
COUNTY OF WASHTENAW  )

    Dynah N. Duncan-White, being duly sworn, deposes and states:

1. I am at least 18 years of age, have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, can testify to the same.
2. I filed this Chapter 13 case on January 4, 2019 for the primary purpose of saving my residence by catching up on mortgage payments and property tax payments.
3. I had filed a previous Chapter 13 case which was dismissed on November 14, 2018 after I fell behind on payments and was not able to get them caught up within the 30 day period after the Trustee filed a Notice of Default.
4. I am self-employed as an attorney and my practice has grown significantly since my prior Chapter 13 case was filed. This growth has led to increased gross and net income.
5. My husband is currently pursuing Social Security Disability benefits.
6. I filed this case in a good-faith effort to save my home and I believe that I can afford to make the required plan payments.

    Further, Affiant, sayeth not.

    /s/ Dynah N. Duncan-White
    Dynah N. Duncan-White
    January 28, 2019