**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

Stanley M. Ferenc,
Dynah N. Duncan-White,

               DEBTORS.
_____/

CHAPTER 13
CASE NO. 19-40109-PJS
JUDGE PHILLIP J. SHEFFERLY

**ORDER ADJOURNING HEARING**

This matter having come on for hearing on   3/12/2019  , regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

- ☐ Motion to Dismiss Case
- ☐ Motion for Loan Modification
- ☐ Motion for Relief from Stay as to creditor: _____
- ☐ Objection to Proof of Claim of creditor: _____
- ☒ Confirmation of Plan
- ☐ Plan Modification
- ☐ Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS HEREBY ORDERED that:**
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒ The above referenced matter is adjourned to 4/23/2019 at 9:00 A.M.
☒ Debtor(s) shall be 100% current in Plan payments, hearing to hearing exclusive of $5,500.00 payment from Krispen Carroll's office.
☒ Debtor(s) shall file and serve amended Schedule I and amended Plan on or before 4/15/2019.
☒ Debtor(s) shall provide 2018 tax return to the Trustee on or before 4/15/2019.
☒ Other: Debtor shall comply with Local Rule 1007-1(c) by 3/26/2019.
☒ Other: Debtor shall provide documents regarding the debtor's Social Security disability claim by 4/15/2019.
☒ Other: Debtor shall provide proof of property insurance to 2000 real estate by 3/26/2019.

IT IS FURTHER ORDERED if any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing, upon the filing by the Trustee of an Affidavit of Non-compliance.

**Signed on March 15, 2019**

/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge