UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Stanley M. Ferenc,
Dynah N. Duncan-White,

DEBTORS.
_____/

CHAPTER 13
CASE NO. 19-40109-PJS
JUDGE PHILLIP J. SHEFFERLY

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' CLAIMED EXEMPTIONS

This matter came on for hearing upon an Objection to Debtors' Claimed Exemptions filed by the Chapter 13 Standing Trustee pursuant to Local Bankruptcy Rule 9014-1, a Notice of Trustee's Objection to Debtors' Claimed Exemptions having been provided, and the records of the Court reflecting that the relief requested herein is warranted and the Court being otherwise sufficiently advised in the premises

**IT IS HEREBY ORDERED** that Debtors' spouse's claimed exemptions in various property pursuant to 11 USC Section 522(d)(5) are hereby disallowed.

Signed on April 09, 2019



/s/ Phillip J. Shefferly
**Phillip J. Shefferly
United States Bankruptcy Judge**