**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

Stanley Ferenc
Dynah Duncan-White

CHAPTER 13
CASE NO. 19-40109-MBM
JUDGE Shefferly

Debtors.
_____/

### AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN )
                           )SS
COUNTY OF OAKLAND )

      David Wm. Ruskin, being first duly sworn, deposes and says as follows:

1. He is the duly appointed Trustee in the above captioned Chapter 13 proceedings.

2. The records of the Trustee have been thoroughly reviewed with regard to the above matter before this Affidavit was taken.

3. On March 15, 2019, this Court entered its Order Adjourning Hearing that required Debtors to comply with Local Bankruptcy Rule 1007-1 (c) by March 26, 2019; to file and serve an Amended Schedule I and Amended Plan by April 15, 2018; and to provide to the Trustee Debtors' 2018 Federal Income Tax Return and documents regarding Debtor's Social Security disability claim by April 15, 2019; and providing that if Debtors does not comply with these requirements by the dates specified, this case may be dismissed without further notice or hearing on the filing of an Affidavit of the Chapter 13 Trustee.

4. A review of PACER as of April 17, 2019, indicates that Debtors have not complied with Local Bankruptcy Rule 1007-1 (c) and have not filed an Amended Schedule I or an Amended Plan.

5. A review of the Trustee's records as of April 17, 2019, indicates that Debtors have not provided to the Trustee Debtor's 2018 Federal Income Tax Return or any documents regarding Debtor's Social Security disability claim.

**FURTHER AFFIANT SAYETH NOT.**

| | |
|---|---|
| Sworn to and subscribed before me this | /s/ David Wm. Ruskin |
| 18th day of April, 2019 | DAVID WM. RUSKIN (P26803) |
| ___/s/ Vanessa Wild_____ | Attorney and Chapter 13 Standing Trustee |
| Vanessa Wild, Notary Public | 1100 Travelers Tower |
| Wayne County, Michigan, Acting in Oakland County. | 26555 Evergreen Road |
| | Southfield, MI 48076 |
| My Commission Expires: May 13, 2021 | (248) 352-7755 |