# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Stanley Ferenc
Dynah Duncan-White,

      Debtors.
_____/

CHAPTER 13
CASE NO. 19-40109
JUDGE Shefferly

## ORDER OF DISMISSAL UPON AFFIDAVIT OF THE TRUSTEE

    This matter having come before the Court based upon the Order Adjourning Hearing was entered on March 15, 2019, the matter having been fully considered, and certain requirements having been established that if not met, would result in the dismissal of this proceeding without a further hearing or notice to Debtors upon the filing of an Affidavit of the Chapter 13 Standing Trustee attesting to the failure to comply with the conditions established, the Affidavit of the Trustee having been filed, and the Court being otherwise sufficiently advised in the premises;

    **IT IS HEREBY ORDERED** that the above proceeding is dismissed for the failure of Debtors to meet the conditions as established in the records of this Honorable Court, as attested to by the Affidavit of the Chapter 13 Standing Trustee.

    **IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all creditors listed in this case, Debtors, Debtors' attorney, if any, and the Trustee.

    **IT IS FURTHER ORDERED** that David Wm. Ruskin is discharged as Trustee in this matter, and the Trustee and his surety are released from any and all liability on account of the within proceeding.

**Signed on April 18, 2019**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**