Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **19−40109−pjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Stanley M. Ferenc
  2640 Raymond Drive
  Dearborn, MI 48124

  Dynah N. Duncan−White
  fka Dynah N. Sufalko
  2640 Raymond Drive
  Dearborn, MI 48124

Social Security No.:
  xxx−xx−6692                   xxx−xx−1092
Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of Dismissal Upon Affidavit of the Trustee Re: failure to file information** was entered on **4/18/19** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 4/18/19

                                                   BY THE COURT

                                                   Katherine B. Gullo , Clerk of Court
                                                   UNITED STATES BANKRUPTCY COURT

```
                                  United States Bankruptcy Court
                                   Eastern District of Michigan
In re:                                                                                  Case No. 19-40109-pjs
Stanley M. Ferenc                                                                       Chapter 13
Dynah N. Duncan-White
         Debtors                           CERTIFICATE OF NOTICE
District/off: 0645-2           User: sschu                  Page 1 of 2                 Date Rcvd: Apr 18, 2019
                               Form ID: ntcdsm              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +Stanley M. Ferenc,    Dynah N. Duncan-White,    2640 Raymond Drive,    Dearborn, MI 48124-4342
25700677       +American Student Assistance,    100 Cambridge Street,    Boston, MA 02114-2567
25717822        Ascendium Education Solutions, Inc,    PO Box 8961,    Madison WI 53708-8961
25700679      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     P.O. Box 15025,    Wilmington, DE 19886)
25700680       +Botsford General Hospital,    28050 Grand River,    Farmington Hills, MI 48336-5933
25700682      ++CITY OF DEARBORN,    16901 MICHIGAN AVENUE,    SUITE 21,    DEARBORN MI 48126-2967
                (address filed with court: City of Dearborn,     Tax Dept. 3102,    P.O. Box 30516,
                  Lansing, MI 48909-8016)
25700681       +Central Credit Services, Inc,    PO 15118,    Jacksonville, FL 32239-5118
25700683       +College Loan Corp.,    c/o ACS,   501 Bleecker St.,    Utica, NY 13501-2401
25700685        Credit Protection Svc for Ahmed Dentistr,     206 W. State St.,    Rockford, IL 61101
25778970        EMERGENCY PROFESSIONALS OF MICHIGAN PC,    PO Box 1123,    Minneapolis, MN 55440-1123
25700686        First Federal Credit Control,    24700 Chagrin Blvd., Ste. 205,    Beachwood, OH 44122-5662
25700688       +Great Lakes Higher Ed,    P.O. Box 7860,    Madison, WI 53707-7860
25700689        IC System for Petrusha DDS,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
25700691        Jefferson Capital,    Attention,    P.O. Box 2548,    Sherman, TX 75091-2548
25714015       +Kilpatrick & Associates, P.C.,    c/o Wayne County Treasurer,    903 N. Opdyke Road, Suite C,
                  Auburn Hills, MI 48326-2693
25700692        LJ Ross,   PO Box 2022,    Ann Arbor, MI 48106-2022
25700693       +Michael L. Kalis,    Attorney at Law,    3203 S. Telegraph Road,    Dearborn, MI 48124-3277
25700696       +Oakwood Dearborn,    23400 Michigan Ave., Suite 1000,    Dearborn, MI 48124-1985
25700698       +Pinnacle Financial Group,    Dept. 673 PO Box 4115,    Concord, CA 94524-4115
25700699       +Remax Team 2000, LLC,    23676 Park Street,    Dearborn, MI 48124-9701
25700701       +San Francisco Municipal,    400 Van Ness Ave.,    San Francisco, CA 94103-3630
25700702        State of Michigan,    Department of Treasury,    Collection Division,    P.O. Box 77437,
                  Detroit, MI 48277-0437
25700705       +U of M Hospital,    1500 E. Medical Center,    Ann Arbor, MI 48109-5002
25700707        University of Michigan,    Health System,    Dept. 14211,    Palatine, IL 60055-4211
25700694       +national Education Services,    200 W. Monroe 700,    Chicago, IL 60606-5057

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25700678        EDI: PHINAMERI.COM Apr 19 2019 03:08:00     Americredit,    P.O. Box 183834,
                  Arlington, TX 76096
25739053        EDI: PHINAMERI.COM Apr 19 2019 03:08:00     Americredit Financial Services, Inc.,
                  Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
25774202        EDI: BANKAMER.COM Apr 19 2019 03:08:00     Bank of America, N.A,    P.O. BOX 31785,
                  Tampa, FL 33631-3785
25700684       +EDI: CMIGROUP.COM Apr 19 2019 03:08:00     Credit Management,    4200 Internationa. Parkway,
                  Carrollton, TX 75007-1912
25756057        EDI: ECMC.COM Apr 19 2019 03:08:00     Educational Credit Management Corporation,
                  P.O. Box 16408,    St. Paul, MN 551160408
25700687       +EDI: PHINAMERI.COM Apr 19 2019 03:08:00     GM Financial,    PO Box 183834,
                  Arlington, TX 76096-3834
25700690        EDI: IRS.COM Apr 19 2019 03:08:00     Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
25823050        EDI: RESURGENT.COM Apr 19 2019 03:08:00     LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
25700695        EDI: NAVIENTFKASMSERV.COM Apr 19 2019 03:08:00     Navient,    Department of Education,
                  Loan Servicing,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
25700697        EDI: RESURGENT.COM Apr 19 2019 03:08:00     Pinnacle Credit Services,    P.O. Box 640,
                  Hopkins, MN 55343-0640
25741271        EDI: RESURGENT.COM Apr 19 2019 03:08:00     Pinnacle Credit Services, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
25809205        E-mail/Text: bkdepartment@rtresolutions.com Apr 18 2019 23:16:35
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
25700700        EDI: NAVIENTFKASMSERV.COM Apr 19 2019 03:08:00     Sallie Mae,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
25700703        EDI: RMSC.COM Apr 19 2019 03:08:00     Synchrony Bank,    Attn: Bankruptcy Dept.,
                  P.O. Box 965060,    Orlando, FL 32896-5060
25700704       +E-mail/Text: bkyelectnotices@tgslc.org Apr 18 2019 23:16:42     Texas Guaranteed Student,
                  PO Box 83100,    Round Rock, TX 78683-3100
25709232       +E-mail/Text: bkyelectnotices@tgslc.org Apr 18 2019 23:16:42
                  Texas Guaranteed Student Loan Corp,    dba Trellis Company,    PO BOX 83100,
                  Round Rock TX 78683-3100
25716778       +E-mail/Text: bankruptcy@huntington.com Apr 18 2019 23:16:13     The Huntington National Bank,
                  3 Cascade Plaza CAS056,    Akron, OH 44308-1124
25700706       +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Apr 18 2019 23:16:04     U.S. Trustee,
                  211 West Fort Street,    Detroit, MI 48226-3263
25700708       +EDI: USBANKARS.COM Apr 19 2019 03:08:00     US Bank Home Mortgage,    4801 Frederica Street,
                  Owensboro, KY 42301-7441
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25700709        +EDI: VERIZONCOMB.COM Apr 19 2019 03:08:00      Verizon Wireless,    Recovery Dpt. 9th Floor,
                 1515 Woodfield Rd.,    Schaumburg, IL 60173-6046
25712790        +E-mail/Text: WCTBankruptcy@waynecounty.com Apr 18 2019 23:16:56      WAYNE COUNTY TREASURER,
                 400 MONROE, 5TH FLOOR,    DETROIT, MICHIGAN 48226-2964
25700710        +E-mail/Text: wow.bankruptcy@wowinc.com Apr 18 2019 23:17:03      WOW,    PO Box 5715,
                 Carol Stream, IL 60197-5715
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25749267*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
          David Wm Ruskin    ecf-emails@det13.com
          Richardo I. Kilpatrick    on behalf of Creditor   Wayne County Treasurer ecf@kaalaw.com,
           Rkilpatrick@ecf.courtdrive.com;ksmith@ecf.courtdrive.com;dgomez@kaalaw.com
          Tracy M. Clark    on behalf of Creditor    2000 Real Estate, LLC clark@steinbergshapiro.com
          William C. Babut    on behalf of Joint Debtor Dynah N. Duncan-White wbabut@babutlaw.com,
           kim@babutlaw.com;R42388@notify.bestcase.com
          William C. Babut    on behalf of Debtor Stanley M. Ferenc wbabut@babutlaw.com,
           kim@babutlaw.com;R42388@notify.bestcase.com
                                                                                             TOTAL: 5
```